**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| Rogger Herrera Molina, | | |
| | Plaintiff, | |
| v. | | Case No. 9:26-cv-00861(MAD) |
| Todd Lyons, et. al. | | |
| | Defendant. | |

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and through the undersigned counsel of record for all parties, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, this action shall be dismissed and discontinued with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), without costs to any party.

Dated: May 14, 2026

By:    s/*Kathy Manley*_____
Kathy Manley, Esq.
*Attorneys for Plaintiff*

Dated: May 14, 2026

TODD BLANCHE
Acting Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney

By:    s/ *Alexis M. Osborne*_____
Alexis M. Osborne
Assistant United States Attorney
Bar Roll No. 707475

IT IS SO ORDERED:

_____
Mae A. D'Agostino
U.S. District Judge

Dated:    May 15, 2026_____
    Albany, NY